THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DEE R. EDGEWORTH
Assistant United States Attorney
California Bar Number 103302
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (909) 891-3301
    Facsimile: (909) 891-3626
    Email:    dedgeworth@da.sbcounty.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$25,397.00 IN U.S. CURRENCY AND $66,625.08 IN BANK ACCOUNT FUNDS,<br><br>    Defendant.<br><br>———————————————<br><br>PALM SPRINGS CAREGIVERS, INC.; FAIRFAX CARE INC.; AND FAIRFAX CAREGIVERS, INC.<br><br>    Claimants | NO. ED CV 07-00220 VAP (OPx)<br><br>[~~proposed~~]<br>JUDGMENT AGAINST THE INTEREST OF PALM SPRINGS CAREGIVERS, INC.; FAIRFAX CARE INC., AND FAIRFAX CAREGIVERS, INC. AND ALL OTHER POTENTIAL CLAIMANTS<br><br>DATE: December 15, 2008<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 2 |

    This action arose out of a Complaint for Forfeiture filed on February 26, 2007 against the defendant $25,397.00 in U.S. Currency ("defendant currency") and $66,625.08 in Bank Account

1

1 | Funds ("defendant bank account funds"). The Complaint alleges
2 | that the defendant currency and bank account funds are subject to
3 | forfeiture pursuant to 21 U.S.C. § 881(a)(6).

4 | This Court, having granted plaintiff's Motion for Entry of
5 | Default Judgment, hereby ORDERS, ADJUDGES AND DECREES that:

6 | 1. Palm Springs Caregivers, Inc., Fairfax Care Inc., and
7 | Fairfax Caregivers, Inc., and all other potential claimants are
8 | deemed to have admitted the allegations of the Complaint to be
9 | true for purposes of this action;

10 | 2. All right, title and interest of Palm Springs
11 | Caregivers, Inc., Fairfax Care Inc., and Fairfax Caregivers,
12 | Inc., and all other potential claimants in the defendant currency
13 | and bank account funds is hereby condemned and forfeited to the
14 | United States, and the United States Marshals Service shall
15 | dispose of the defendant currency and bank account funds in
16 | accordance with law;

17 | 3. There being no just reason for delay, the clerk is
18 | hereby directed to enter this judgment, which constitutes a final

19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

judgment resolving this action.  This Court retains jurisdiction over this matter to effectuate the terms of this Judgment.

SO ORDERED, this 19th day of Dec, 2008.

_____
THE HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

By: _____
  DEE R. EDGEWORTH
  Special Assistant United States Attorney

  Attorneys for Plaintiff
  UNITED STATES OF AMERICA

Motions

5:07-cv-00220-VAP-OP United States of America v. $25,397.00 in U.S. Currency et al **CASE CLOSED on 09/23/2008**
(OPx), CLOSED, DISCOVERY

ED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered by Edgeworth, Dee on 11/18/2008 at 8:59 AM PST and filed on 11/18/2008

**Case Name:** United States of America v. $25,397.00 in U.S. Currency et al
**Case Number:** 5:07-cv-220
**Filer:** United States of America
**WARNING: CASE CLOSED on 09/23/2008**
**Document Number:** 48

**Docket Text:**
**NOTICE OF MOTION AND MOTION for Default Judgment against Claimants Palm Springs Caregivers, Inc., Fairfax Care Inc., and Fairfax Caregivers, Inc. filed by Plaintiff United States of America. Motion set for hearing on 12/15/2008 at 10:00 AM before Judge Virginia A. Phillips. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Proposed Order)(Edgeworth, Dee)**

**5:07-cv-220 Notice has been electronically mailed to:**

Dee R Edgeworth    USACAC.civil@usdoj.gov, dedgeworth@da.sbcounty.gov

Paul L Gabbert    plgabbert@aol.com

**5:07-cv-220 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Notice and Mtn for Entry of Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-0
] [42fe575f05c244a76cb8ae182136f2fb3be2f5e439670b2280276482650e8c74268
2041864082b0ade0420098a9a7761c1539a5f332f200db4fb8219f49bb328]]
**Document description:** Exhibit A

**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit A to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-1
] [2cda8228b9f9c2586c88bb99e470a4c1670425cc2c84a95675880408817c7b779df
9f8239444fb12dc000527316d5d740dcc962f637da2f918cd0061903d2526]]
**Document description:**Exhibit B
**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit B to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-2
] [33f7290b38ee03dc7f6ec5ca10ba998e67fa6ca1cb12894991460373da825c7bb9d
35ddd80c763a1f0d3a384647a53018c7bbc5b4824fdace22816f1d0d921f3]]
**Document description:**Exhibit C
**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit C to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-3
] [c4c4952d44b1b0e642e7699310f8c2802c448997e27a94c7a17002c6eb20518cf48
c2c64e7a1e903eb46353b8541c5fa0a269c9f5a4bdb4301d22ecbb79b18cd]]
**Document description:**Exhibit D
**Original filename:**CMECF.widgit.ProcessingWindowDestroy()
G>I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit D to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-4
] [7936f12dd05f77f5111fd051e3b88b5b45eda4051a23c6f3b2c4e0adb7c99d24a77
227f922eeb305466574746391dcc4bfd3d30220eb44c8b2717d5e42dc93f7]]
**Document description:**Exhibit E
**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit E to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-5
] [47dec116d0d609b4f47ce97610f0ba736c4d807816eed14ec3bb81b557ef55564bd
f48cf7335252bb6062d01d0fe83f87c4af1593981ab0e30dd2e7ead6dd7c9]]
**Document description:**Exhibit F
**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit F to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-6
] [36e1413c65d095d6f9a76ea90f4613cdb59733092db52b9e66c26f553932565f4cc
273733dd83ac05f637dcd01a192b35b0bdf618934b876a14cbfe55048851a]]
**Document description:**Exhibit G
**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit G to Mtn for Judgment by Default.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-7
] [3472fbb8dde7b478593627ccf4f722e14f27feb682e3bd14d730956deebc4a0f57a
0538f87795b9ebe2c72446ebaec93b5ba0845257eab5766a004c2bae0f80d]]
**Document description:**Exhibit H
**Original filename:**I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit H to Mtn for

**Judgment by Default.pdf**
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-8
] [bc98bcc8edecb16ffe48b04e07791cc223d18576c1c5387d84b805f0c3a7f63fc2a
4d9bfd8994b7acb529ff97bdd8ef87d9433f56e1fe27d64a67d4641e89fe6]]
**Document description:Exhibit I**
**Original filename:I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\Exhibit I to Mtn for
Judgment by Default.pdf**
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-9
] [3afc052c613c82c875ee701b4c24e36a77fa3eed90ae2d392094de908dc0f6456f0
5b691b69e81fe499afb33270898471800d1eb55d6927b9de201323df66781]]
**Document description:Proposed Order**
**Original filename:I:\WPFILES\FORFEIT\Federal Files\ED CV 07-00220\[Proposed] Judgment
Against All Claimants and Potential Claimants.pdf**
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/18/2008] [FileNumber=6837757-1
0] [89a2809ce7ac6f5384872f6c596549639c94d9b0c373cbd47763748600b5617eba
f1e28c000fb20ebbc2753017fb0a413026a93720b74a35d1688d3679c1c54a]]